# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Hugh Cohen  Cr.: 09-00129-001
PACTS #: 51881

Name of Sentencing Judicial Officer:  THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 05/12/2010

Original Offense:  Count 1: Receipt of Child Pornography
Count 2: Possession of Child Pornography

Original Sentence: 60 months imprisonment, 84 months supervised release

Special Conditions: Special Assessment, Fine, Mental Health Treatment, DNA testing, No Contact with Minors, Sex Offender Registration, Computer Search, Polygraph Examination

Type of Supervision: Supervised Release  Date Supervision Commenced: 10/29/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On November 14, 2018, Cohen submitted to a polygraph examination. During the examination, deception was detected on questions related to the offender having viewed child pornography. |
| 2 | On October 18, 2019, during a home contact, the undersigned officer conducted a voluntary phone search and discovered what appeared to be adults, imitating children, engaged in sexual acts. |
| 3 | On October 24, 2019, Cohen submitted to a polygraph examination. During the examination, Cohen began shaking and resorting to extreme physical measures, which rendered a decision of purposeful non-cooperation. |

U.S. Probation Officer Action:

On November 5, 2019, the undersigned submitted Cohen's cellular phone (referenced in violation #2) to the Eastern District of Missouri's forensic laboratory. On December 23, 2019, the results of the forensic test were received. A physical extraction of the phone was completed using the Cellebrite UFED Touch2. The images discovered on the phone revealed over a thousand images of nudity, potentially erotica images, and pornography, all of which were determined to be adults. Nothing of evidentiary value was noted during the analysis of this device.

Regarding the polygraph examination administered on October 24, 2019, Cohen admitted his right leg began to shake uncontrollably during the polygraph examination. He attributed his physical reactions to underlying medical conditions, and adamantly denied purposefully skewing the test results. The undersigned requested a letter from Cohen's physical to substantiate his shaking, and therefore, inability to complete the polygraph test.

A letter dated November 9, 2019, submitted by Dr. Elena Dragun, stated Cohen suffers from depression, panic disorder, diabetes, mellitus, chronic fatigue syndrome, frequent elevation in his heart rate, and blood pressure due to anxiety.

Our office will request the polygraph examiner administer more specific testing regarding Cohen's areas of deception in the near future. In addition, we will maintain contact with the Union County Prosecutor's Office and Megan's Law Unit to verify Cohen's compliance. At this time, there is insufficient evidence to present the Court that meets the evidentiary standard required to support a violation of supervised release. We are recommending no Court intervention at this time. If any other instances of non-compliance arise, the Court will be notified immediately.

Respectfully submitted,

By: Ivettelis Perez
Senior U.S. Probation Officer
Date: 02/05/2020

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/13/20
Date